UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 20-24943-CIV-WILLIAMS

CONTINUUM ON SOUTH BEACH,
THE SOUTH TOWER CONDOMINIUM
ASSOCIATION, INC.,

    Plaintiff,

vs.

LANDMARK AMERICAN INSURANCE
COMPANY AND DAVID AZRAN,

    Defendants.
_____/

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Chris M. McAliley's report and recommendation (DE 32) ("Report") recommending that Plaintiff's motion to remand (DE 8) be granted. Defendant, Landmark American Insurance Company, filed objections to the Report (DE 35) and Plaintiff filed a response to the objections (DE 36). Upon an independent review of the Report, the objections, the record, and applicable case law, it is **ORDERED AND ADJUDGED** that:

1. The conclusions in the Report (DE 32) are **AFFIRMED AND ADOPTED**;
2. Plaintiff's motion to remand (DE 8) is **GRANTED**;
3. This case is **REMANDED** to the Circuit Court of the Eleventh Judicial Circuit, in and for Miami-Dade County;
4. The Clerk of this Court is directed to forward a certified copy of this Order to the Clerk of the Circuit Court of the Eleventh Judicial Circuit, in and for Miami-Dade County;

5. The Clerk is directed to **CLOSE** this case. Any and all pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers in Miami, Florida, this <u>15th</u> day of June 2021.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE